# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| BRAD BOETTLER and KARI BOETTLER, as the Class I beneficiaries of E.B. | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Case No.: 3:26-cv-5073-MDH** |
| META PLATFORMS, INC. and SNAPCHAT, INC., | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendants Meta Platforms, Inc. ("Meta") and Snap Inc.'s ("Snap") (collectively, "Defendants") and Plaintiffs Brad Boettler and Kari Boettler's (collectively, the "Parties") Stipulation to Consolidate Defendants' Motions to Dismiss Briefing (Doc. 18), it is hereby **ORDERED** that Defendants will file consolidated briefs in support of motions to challenge the sufficiency of Plaintiffs' pleadings, and the following schedule and page limits will apply:

| **Filing** | **Deadline** | **Page Limit** |
|---|---|---|
| Defendants' Pleading Motions | September 25, 2026 | |
| Defendants' Joint Supporting Suggestions | September 25, 2026 | 25 pages |
| Plaintiffs' Opposing Suggestions | October 9, 2026 | 25 pages |
| Defendants' Joint Reply Suggestions | October 23, 2026 | 17 pages |

Additionally, it is hereby **ORDERED** that the time allotted for any argument on Defendants' motions challenging the sufficiency of Plaintiffs' pleadings will be split evenly among the parties, with Plaintiffs receiving one-half of the total time and Defendants jointly receiving one-half of the total time, to be divided between Meta Platforms, Inc. and Snapchat, Inc.

**IT IS SO ORDERED.**
Dated: September 14, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**